THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
RAYMOND W. LONGERNECKER, Appellant.

Submitted April 6, 1953; decided April 16, 1953.

*George B. De Luca, District Attorney* (*John B. Lee* of counsel), for motion.

No one opposed.

Motion granted upon the ground that an appeal from the judgment of conviction is still pending in the Appellate Division.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ALPHONSE J. OSKROBA, Appellant.

Submitted April 7, 1953; decided April 16, 1953.

Motion for reargument denied. [See 305 N. Y. 113.]